**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Nationwide Judgment Recovery, Inc. | 8:21-cv-00579-PSG |
| DEFENDANT | TYPE OF PROCESS |
| Todd Disner et al (Hao Mai) | Bank Levy |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Citibank, N.A.
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
3479 1st Street, Los Angeles, CA 90063

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Negar Salim, SBN 213867
Lippman Recupero
P.O. Box 13928, Tucson, AZ 85732

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | 1 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Serve bank levy documents

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 888-990-8100
DATE: 1/9/2024

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No.: 12
District to Serve No.: 12
Signature of Authorized USMS Deputy or Clerk
Date: JAN 24 '24 AM 10:08

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

Date: JAN 29 '24 AM 10:00   Time: ☐ am ☐ pm

Address (complete only different than shown above)
Signature of U.S. Marshal or Deputy — CLERK

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65.00 | | | 65.00 | | |

REMARKS:
Served Date: 1/24/2024
Mailed Date: 1/24/2024

**FILED**
**CLERK, U.S. DISTRICT COURT**
2/2/24
**CENTRAL DISTRICT OF CALIFORNIA**
BY: eee    DEPUTY

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State, Bar number, and address):<br>**National Recovery Associates**<br>**550 Broad Street Suite 1001**<br>**Newark, NJ 07102**<br>  TELEPHONE NO.: 201-880-7680   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>  ATTORNEY FOR (Name): NATIONWIDE JUDGMENT RECOVERY, INC. | FOR COURT USE ONLY |
|---|---|
| **United States District Court, Central District of California**<br>  STREET ADDRESS: 350 W 1st Street Suite 4311<br>  MAILING ADDRESS: 350 W 1st Street Suite 4311<br>  CITY AND ZIP CODE: Los Angeles 90012<br>  BRANCH NAME: First Street Federal Courthouse | |
| PLAINTIFF/PETITIONER: NATIONWIDE JUDGMENT RECOVERY, INC. | CASE NUMBER:<br>CV-8:21-cv-00579-PSG |
| DEFENDANT/RESPONDENT: TODD DISNER ET AL (HAO MAI) | |
| **PROOF OF SERVICE (Notice of Levy)** | Ref. No. or File No.:<br>NATIONWIDE JUDGMENT RECOVERY, INC. v. TODD DISNER ET AL (HAO MAI) |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the (specify documents):
   **Notice of Levy; Memorandum of Garnishee (x2); Writ of Execution**

3. a. Party served (specify name of party as shown on documents served):
   **CITIBANK, N.A.**

   b. Person served on behalf of an entity or as an authorized agent (specify name and relationship to the party):
   **Guadalupe Limon, Teller,, I delivered the documents to Guadalupe Limon, Teller, who identified themselves as the employee authorized to accept service, with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired Hispanic female contact 25-35 years of age, 5'-5'4" tall and weighing 120-140 lbs.**

4. Address where the party was served:
   **3479 1ST STREET, LOS ANGELES, CA 90063**

5. I served the party by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): **01/24/2024** (2) at (time): **4:05 PM**

6. Copies of the Notice of Levy, Writ of Execution, Exemptions from the Enforcement of Judgments, Claim of Exemption, Ex Parte Application for Order on Deposit Account Exemption, Instructions for Ex Parte Application for Order on Deposit Account Exemption, Declaration Regarding Notice and Service for Ex Parte Application for Order on Deposit Account Exemption, Order on Application for Designation of Deposit Account Exemption, Financial Statement, and Current Dollar Amounts of Exemptions from the Enforcement of Judgments were made to the Judgment Debtor in a sealed envelope, by first class mail, postage prepaid from **Los Angeles** County, CA on **01/24/2024** to:
   **HAO MAI, 6782 REEFTON AVE, CYPRESS, CA 90630**

7. Person who served papers (name, address, and telephone number)   Fee for service: **$ 89.00**
   **Victor Enrique Mendez, 14417 Chase Street, #500, Panorama City, CA 91402, 818-203-5556**
   (1) ☐ I am not a registered California process server.
   (2) ☐ I am exempt from registration under Business and Professions Code section 22350(b).
   (3) ☒ I am a registered California process server:
     (i) ☐ owner ☐ employee ☒ independent contractor.   For:   **ABC Legal Services, LLC**
     (ii) ☒ Registration No.: **3428**                Registration #: **6779**
     (iii) ☒ County: **Los Angeles**                    County: **Los Angeles**

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

REC'D USMS C/CA – CIVIL
JAN 29 '24 AM10:09



**PROOF OF SERVICE**
**(Notice of Levy)**
REF: **NATIONWIDE JUDGMENT RECOVERY, INC. v. TODD DISNER ET AL (HAO**

Tracking #: 0122966172

| PLAINTIFF/PETITIONER: NATIONWIDE JUDGMENT RECOVERY, INC. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: TODD DISNER ET AL (HAO MAI) | CV-8:21-cv-00579-PSG |

Date: 1-25-24

_____
**Victor Enrique Mendez**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

_____
(SIGNATURE)



**PROOF OF SERVICE**
**(Notice of Levy)**

REF: **NATIONWIDE JUDGMENT RECOVERY, INC. v. TODD DISNER ET AL (HAO**

Tracking #: 0122966172